# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAYDON T. DAVIS

NO. 2022 KW 1308

**MARCH 13, 2023**

---

In Re:   Jaydon T. Davis, applying for supervisory writs, 20th
         Judicial District Court, Parish of West Feliciana, No.
         21-WFLN-917.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.c.w*

DEPUTY CLERK OF COURT
    FOR THE COURT